■ In the Matter of JAMES BARBER, Petitioner, v ISAAC RUBIN, as Justice of the Supreme Court of the State of New York, Respondent.— Proceeding pursuant to CPLR article 78, *inter alia,* to prohibit the respondent from enforcing an order of the Supreme Court, Westchester County, dated July 17, 1978, which granted the application of the District Attorney of Westchester County to permit a physician to extract hairs, including roots, from the petitioner's head. Proceeding remitted to the Supreme Court, Westchester County, for further proceedings consistent herewith and determination of the proceeding held in abeyance in the interim. A hearing should be held probing the necessity of a surgical procedure to remove the petitioner's hair roots, the degree of the invasion into the petitioner's body, the degree of harm the petitioner may be exposed to and the conclusiveness and probative value of the evidence sought. (See *People v Smith,* 80 Misc 2d 210, and the cases cited therein. See, also, *People v Macedonio,* 42 NY2d 944.) Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.

■ In the Matter of HERMAN BRISBANE, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTION, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of respondent which, *inter alia,* found that the petitioner had been guilty of violating certain prison rules, the appeal is from a judgment of the Supreme Court, Dutchess County, dated November 3, 1977, which dismissed the petition. Judgment affirmed, without costs or disbursements. Review of the record indicates that respondent's determination was neither arbitrary, capricious, nor in violation of the lawful procedures of 7 NYCRR Part 252 (cf. *Matter of Amato v Ward,* 41 NY2d 469). Latham, J. P., Titone, Margett and Hawkins, JJ., concur.